IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALEX ZACHARIAH, : | |
| *Plaintiff*, : | |
| : | |
| v. : | CIVIL ACTION NO. 24-2358 |
| : | |
| NORRISTOWN STATE HOSPITAL, : | |
| *et al.*, : | |
| *Defendants*. : | |

## ORDER

**AND NOW**, this **6th** day of **February 2025**, upon review of Plaintiff's Amended Complaint (ECF No. 15), Defendants' Motion to Dismiss for Failure to State a Claim (ECF No. 16), Plaintiff's Response in Opposition to Defendants' Motion to Dismiss (ECF No. 18), and Defendants' Reply in Further Support of the Motion to Dismiss (ECF No. 19), it is hereby **ORDERED** that the Motion (ECF No. 16) is **GRANTED** in part and **DENIED** in part in accordance with the following:

1. Defendants' Motion to Dismiss (ECF No. 16) Plaintiff's Title VII and 42 U.S.C. § 1981 race discrimination claims is **GRANTED** as to all Defendants; and

2. Defendants' Motion to Dismiss (ECF No. 16) Plaintiff's Title VII and 42 U.S.C. § 1983 retaliation claims is DENIED as to all Defendants.

Defendants shall file an Answer to Plaintiff's Amended Complaint (ECF No. 15) on or before **February 20, 2025**.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, J.**